IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-343-D

| | |
|---|---|
| THEODORE JUSTICE, for SON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DR. TIMOTHY FARLEY, Granville ) | |
| County School Superintendent, et al., ) | |
| ) | |
| Defendants. ) | |

On January 15, 2014, Theodore Justice moved for a scheduling order, a discovery conference, and to compel discovery while defendants' motions to dismiss were pending. See [D.E. 80]. The court DISMISSES his motion [D.E. 80] as moot in light of the court's order of January 21, 2014, granting defendants' motions to dismiss.

SO ORDERED. This _21_ day of January 2014.

JAMES C. DEVER III
Chief United States District Judge