# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

THEODORE JUSTICE for son          )
        Plaintiff,            )
                               )

v.                             )     **JUDGMENT IN A CIVIL CASE**
                               )     **CASE NO. 5:13-CV-343-**D

DR. TIMOTHY FARLEY, Granville County )
School Superintendent, MARY WATSON, )
Director Exceptional Children, AUGUSTUS B. )
ELKINS, Administrative Law Judge, )
HONORABLE JULIAN MANN III, )
Administrative Law Judge, AMY MILLER, )
Program Director Exceptional Children, MICHAEL )
ALLEN, Director Exceptional Children, KATHY )
TWISDALE, Principal Stovall Shaw Elementary, )
ROBYNN WILLIAMS, Special Education )
Teacher, JAMES E. CROSS, JR., Attorney )
Granville County Schools, DALE W. HENSLEY, )
Attorney Granville County Schools,  KATE )
NEALE, Consultant for Dispute Resolution )
Department of Public Instruction Exceptional )
Children Division, and JULIE A. RICHARDS, )
Clerk of Court, )
            Defendants.          )

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court DENIES plaintiff's motions to resolve the issue of service [D.E. 64], for extension of time to complete service [D.E. 71], for costs [D.E. 65], and for entry of default [D.E. 76]. The court GRANTS plaintiffs motion to amend [D.E. 49], and DISMISSES plaintiff's claims against defendant Richards and DISMISSES Richards as a defendant. The court GRANTS defendants' motions to dismiss [D.E. 37, 39, 43, 50, 52, 54, 57, 60], DENIES AS MOOT defendants' motions to stay discovery [D.E. 74, 77] and plaintiff's motion for scheduling order, discovery conference, and to compel [ D.E. 80]. The Court DISMISSES the complaint and amended complaint.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JANUARY 21,  2014**</u> WITH A COPY  TO:
Theodore Justice, Pro se  (via USPS to PO Box 232, Ridgeway, NC 27570)
John Corriher  (via CM/ECF Notice of Electronic Filing)
Tiffany Y. Lucas (via CM/ECF Notice of Electronic Filing)
Susannah P. Holloway (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>January 21, 2014</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| Raleigh, North Carolina | <u>/s/ Debby Sawyer</u> |